# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RENA NICHOLSON, on behalf of herself and all others similarly situated, : : : Plaintiff, : v. : : NATIONSTAR MORTGAGE : LLC OF DELAWARE, D/B/A : CHAMPION MORTGAGE : COMPANY, : Defendant. : : | Case No. 17-cv-1373 District Judge: Hon. Robert M. Dow Magistrate Judge: Hon. Mary M. Rowland |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rena Nicholson and Defendant Nationstar Mortgage LLC of Delaware d/b/a Champion Mortgage Company stipulate to the dismissal of Plaintiff Nicholson's claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No class has been certified and no motion for class certification is pending. Plaintiff and Defendant shall each bear their own costs.

Dated: May 26, 2022

Signed: */s/ Katrina Carroll*
Katrina Carroll
Attorney for Plaintiff

Signed: */s/ Robert E. Browne*
Robert E. Browne
Attorney for Defendant